RIGBY RANCH COMPANY, a Corporation, Debtor, v. CONTINENTAL NATIONAL BANK & TRUST COMPANY, Trustee.

No. 1395.

Circuit Court of Appeals, Tenth Circuit.

Aug. 28, 1936.

*Writ of certiorari denied 57 S. Ct. 509, 81 L. Ed. —.

Skeen & Skeen, of Salt Lake City, Utah, for appellant.

W. Q. Van Cott, of Salt Lake City, Utah, for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.